# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | 25-CR-00312 |
| WILLIE JORDAN | : | |
| *OUT OF CUSTODY* | : | |

## NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for an **Arraignment/Plea Hearing** on **July 30, 2025 at 11:00 a.m.** before the **Honorable Harvey Bartle III in Courtroom 16A of the United States District Court, 601 Market Street, Philadelphia, PA 19106**.

***\*\*\*GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT IMMEDIATELY***.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ This proceeding has been rescheduled from

**For additional information, please contact the undersigned.**
**By: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
　　**Phone: 267-299-7389**

**Date: July 23, 2025**
**cc via U.S. Mail:**　　**Defendant**
**cc via email:**　　**Defense Counsel**
　　　　　　　　　　**AUSA**
　　　　　　　　　　**Court Notices**