

*Robert A. Brady*
*Former Member of Congress*
*219 Spring Garden St.*
*Philadelphia, PA 19123*

*Email: BobCongress@aol.com*

*Telephone: 215-241-7804*
*Mobile: 215-518-7900*

**The Honorable Judge Bartle**
William J. Green Federal Building
600 Arch Street, Courtroom No. 16A
Philadelphia, PA 19106

**Re: Character Reference for Mr. Willie Jordan**

Dear Judge Bartle,

I am writing on behalf of Mr. Willie Jordan, whom I have known for more than 30 years. During that time, I have worked with him as a fellow Ward Leader and have observed his efforts and professionalism through his work with State Senator Vincent Hughes's office.

Throughout my association with Mr. Jordan, he has consistently demonstrated reliability, honesty, and a strong commitment to public service. He has shown dedication to addressing the needs of his community and to assisting others with respect and fairness. His conduct has always reflected integrity and a sincere concern for the people he serves.

In my experience, Mr. Jordan is a responsible individual who has contributed meaningfully to his community over many years. I have known him to be a steady presence, willing to take on challenges and to work cooperatively for the benefit of others.

Sincerely,

**The Honorable Robert A. Brady**
Former Member of Congress

D-1

**Brian Dickerson**
5048 Summer St
Philadelphia pa 19139
(267) 770-5166
dickersonsr@yahoo.com

4th  November 2025

**Judge Bartle**
William J Green Federal Building
600 Arch Street
Philadelphia pa 19106

Dear Judge Bartle

I am writting you on behalf of  Willie Jordan whom I've  known for over 10 years in personal professional capacities, Willie Jordan previously served as a ward leader in 44th ward and in that role I witness firsthand his dedication to the ward and the community including organizing local events supporting neighborhoods initiatives assisting resident in need.

While I understand Willie Jordan has been charged with wire fraud I respectfully  submit that his behavior is not reflective of the person I have known. He has consistently demonstrated integrity, leadership and a commitment to helping others, often going above and beyond to support local programs in the community.

I believe Willie Jordan deeply regrets his actions and is determined  to make amends. I respectfully ask the courts to consider his longstanding contribution to the 44th  ward and community and his potential for rehabilitation when determining his sentencing.

Thank you for your attention and consideration

Sincerely, respect

**Brian Dickerson**

Tammy Hoskins
Office of State Senator Vincent J. Hughes
2401 N 54th Street
Philadelphia Pa 19131

November 5, 2025

Dear Judge Bartle,

It is with great honor and deep respect that I write this letter of character reference for my colleague and friend, Willie Jordan, with whom I have had the privilege of working alongside for the past 16 years in the Office of State Senator Vincent J. Hughes. Over this time, I have witnessed firsthand his unwavering dedication, integrity, and compassion—qualities that define not only his professional life but his personal character as well.

Mr. Jordan is a man of faith, family, and community. His devotion to his loved ones is steadfast, and his commitment to serving others extends far beyond the scope of his official duties. Whether he's helping a neighbor, a constituent, or a coworker, he shows up wholeheartedly offering his time, support, and care without hesitation. He treats everyone with kindness, respect, and genuine concern, making each person feel like family.

In the workplace, Mr. Jordan consistently goes above and beyond the call of duty. He is the first to lend a helping hand to a colleague in need. His reliability, generosity, and humility have made him not just a valued team member, but a role model for all of us who have had the privilege of working with him.

On a personal note, Mr. Jordan has had a profound impact on my own life. Through his consistent prayer, deep and abiding faith, and willingness to share his story of struggle and perseverance, he inspired me to give my life to Christ. His authenticity and enduring belief in living a righteous life have been a source of encouragement and strength to me and to many others.

As a ward leader, Mr. Jordan has always demonstrated an extraordinary personal touch in his service. He never viewed his role as just a title or responsibility—it was a calling. Whether ensuring a family in need received groceries or staying with a constituent until they got the assistance they required, he made sure every interaction ended with dignity, compassion, and care.

In every sense of the word, Mr. Jordan is a man of character. He is dependable, selfless, and guided by faith and purpose. I can say with full confidence that his presence enriches every environment he enters, and that any organization or community is better because of his contributions.

I respectfully ask that the Court consider not only the circumstances of this case but also the strength of Mr. Jordan's character and his consistent record of integrity.

With deepest respect,
Tammy Hoskins
Office of State Senator Vincent J. Hughes

D - 4

**SANDRA DUNGEE GLENN**
**831 SOUTH 48TH STREET**
**PHILADELPHIA, PA 19143**

**October 31, 2025**

The Honorable Judge H. Bartle
William J Green Federal Building

Dear Judge Bartle,

I am honored to write this letter in support of Mr. Willie Jordan, whose friendship and partnership I have cherished for nearly forty years. Throughout our time together—as community volunteers, political advocates, and colleagues—I have witnessed firsthand Willie's unwavering commitment to serving others.

Willie's leadership as a block captain on North Robinson Street was inspiring. He consistently went above and beyond to ensure the safety and well-being of his neighbors, with a special devotion to supporting senior citizens. His compassion and reliability made a lasting impact on countless lives.

During my service with the School Reform Commission, Harambee Charter School, and the American Cities Foundation, Willie was a trusted ally for families in need, especially those seeking assistance with PGW, where he dedicated many years of service. On a personal level, I am deeply grateful for the times Willie advocated for me and others, always with genuine concern.

Willie Jordan truly embodies the spirit of a Community Servant. His selflessness, dedication, and kindness have enriched our community in immeasurable ways. I respectfully urge the Court to consider this testimony as you make your decision regarding Mr. Jordan.

Thank you for your thoughtful consideration.

Sincerely,

Sandra Dungee Glenn

Reverend Dr. James Mitchell
815 E. Phil Ellena Street
Philadelphia, PA 19119
November 5, 2025

Honorable Judge, Harvey Bartle III
William J. Green Federal Building
Courtroom 16A
600 Arch Street, Philadelphia, PA. 19106

Re: Character Letter for Mr. Willie Jordan

Dear Judge Bartle:

Grace and peace to you. My name is Reverend Dr. James Mitchell, and it is with deep conviction and sincere respect that I write on behalf of my friend, Mr. Willie Jordan, who is before you during this difficult time.

I have had the privilege of knowing Willie Jordan, for more than thirty years, both as a friend and a colleague in our professional lives. Throughout these years, I have witnessed the steadfast character and genuine faith that have guided his actions.

Willie Jordan, has long been a pillar in our community, modeling the teachings of compassion, service, and love that faith calls us to practice. His work has included feeding and clothing the hungry, counseling those in distress, and advocating for the marginalized, all without expectation of reward. He is someone who has consistently acted out of a spirit of generosity and humility, following the scriptural call to "Love one another, as I have loved you, so you must love one another" (John 13:34).

His commitment to justice and civic engagement has been equally profound. Through efforts to "get out the vote," Willie Jordan, has empowered neighbors and congregants alike to participate in the democratic process, ensuring they understand their rights and responsibilities. He believes deeply in the value of each person's voice and in fostering hope and unity within the community.

On a personal level, Willie Jordan, is known for perseverance, and a work ethic that inspires those around him. Even in moments of adversity, he has remained faithful to his principles, embodying the resilience and forbearance taught in Scripture. His actions have given comfort and dignity to those who are hurting, and his presence has consistently uplifted the lives of others.

While I recognize the gravity of the situation, I respectfully ask that the court consider Willie Jordan's, lifelong commitment to service, his moral grounding, and the positive impact he has had on countless individuals, a service which reflects the very best of our shared values. I have full faith that, with compassion and understanding, Mr. Willie Jordan will continue to be a force for healing and good in our community.

Thank you for your time and for your consideration as you weigh the future of a man whose life has been defined by service and faith.

Respectfully and prayerfully submitted,

Rev. Dr. James Mitchell
Associate Minister, Pinn Memorial Baptist Church

**From the Desk of**
**Ms. Robin Shine Maddox, MPA**
**1942 Dallas Street * Philadelphia, PA 19138**
**RobinMShine@gmail.com**
**267.441.5984**

November 06, 2025

**Re: Character Letter on Behalf of Mr. Willie Jordan**

Dear Judge Bartle,

I am writing this letter on behalf of Mr. Willie Jordan, whom I have had the privilege of knowing for over fifteen years. Mr. Jordan and I were co-workers, and our work together allowed me to observe firsthand his dedication, integrity, and the compassion he consistently demonstrated toward others.

During the time we worked together, Mr. Jordan routinely went above and beyond the call of duty to support individuals and families experiencing hardship or crisis, particularly elderly members of the community. In the cold winter months, he made sure they had heat, and during the extremely hot summer months, he ensured they received either an air conditioner or a fan to keep them safe. During the holidays, he would personally organize and deliver food to families in need. These acts were never performed for recognition or praise, but simply because he cared.

I can also affirm that Mr. Jordan is a devoted husband, father, and grandfather. He often spoke with deep admiration, joy, and love for his family. He shared stories about the surprises he planned and reflected often on the importance of strong family values. His commitment to providing for, protecting, and uplifting his family has always been evident.

Beyond his service to others, Mr. Jordan is a man of strong faith in God. Our conversations about faith, mercy, and grace over the years have been meaningful and sincere. We often discussed biblical principles and how they guide us in our daily lives. We talked about how, although we sometimes fall short, God's unconditional love remains steadfast. Mr. Jordan understands that God's grace—His unmerited favor—gives us blessings we do not deserve, and His mercy—His compassionate withholding of punishment—reminds us that correction comes not from anger, but from love.

I have known Mr. Jordan to be someone who can be approached for honest advice spoken with kindness. He has been a stabilizing, encouraging presence to many, demonstrating patience, wisdom, and a genuine desire to see others do well.

In the time I have known him, Mr. Jordan's character has remained consistent: compassionate, responsible, family-oriented, and deeply rooted in faith. These are the qualities that truly define him.

I respectfully ask the Court to consider Mr. Jordan's good character, longstanding service to others, and his commitment to his family and faith as you make your decision.

Thank you for your time and thoughtful consideration.

Sincerely,

**Robin Shne Maddox, MPA (electronic signature)**

Robin Shine Maddox, MPA

D-6

I am writing this letter of support for **Mr. Willie Jordan**, whom I have had the honor of working under as a Ward Leader for the past ten years. During that time, I have come to know him as a dependable, fair, and caring individual who leads by example.

Mr. Jordan has always been deeply involved in our community. He treats everyone with respect, listens to concerns, and takes action to make things better for the people he represents. His leadership has helped bring our neighborhood together and given many residents, myself included, a stronger voice.

It has truly been a privilege to work with someone so dedicated and genuine. I fully support Mr. Jordan and have the utmost respect for his character, integrity, and service to others.

Sincerely,

Rena Hinton

1230 S Millick St Philadelphia, PA

267-582-4040

*Rena Hinton*

D - 7

To Whom It May Concern,

My name is Chaplain Lorraine Martin and I am writing to share my personal experience with Willie Jordan someone who has been an important part of my life for 30 years. I know that the court will review many aspects of his situation, and I want to be clear that I am not writing to comment on the legal issues involved. My intention is simply to speak from the heart about the person I have known.

I met Willie during community and political outreach and from the very beginning I was struck by his kindness, thoughtfulness, and reliability. Over the years, I have watched him show up for the people around him in ways that make a real difference. Whether it was helping during a difficult time, supporting family, volunteering or mentoring someone, he consistently demonstrated the kind of compassion and steadiness that is rare to find.

What stands out most to me is his capacity for reflection and personal responsibility. In private conversations, I've seen him wrestle honestly with challenges in his life and make sincere efforts to grow from them. I have no doubt that this current situation has been profoundly humbling for him, and I believe strongly in his ability to learn from this hardship and to move forward with integrity.

I care about Willie not only because of our friendship, but because I have seen his character—imperfect like all of us but grounded in a genuine desire to be better for his family, his community, and himself. I hope the court will consider the person I have had the privilege of knowing: someone who is capable of growth, who cares deeply for others, and who has meaningful potential to contribute positively moving forward.

Thank you for taking the time to read my perspective.

With respect,

Chaplain Lorraine Martin

D-8

November 7, 2025

Dear Judge Bartle:

My name is Vicki Johnson. I am writing this character witness letter in reference to my cousin, Willie Jordan.

To me, Willie is not just my cousin but he is the peackeeper and the glue to this family and the one who carries the Jordan family legacy of love, faith, compassion, and values hard work. He is one who never complains and he is our family's strength. I believe it is important to speak about Willie's character and humanity that may not be known during this process.

Willie has consistently demonstrated dedication not only to our family, but also to his community. Whenever there is a need or a duty to be fulfilled, Willie is there. As a Deacon of the church, Willie has spoken at many of our late family members funeral services. All who were major matriarch's of our family.

While recent circumstances have brought challenges into his life, I hope and pray Willie Jordan is not defined by this one moment.
Therefore, I respectfully ask that you consider extending mercy in your decision and I ask that compassion and restoration be given.

 I believe Willie has much more to offer to his loved ones, his community, and to society.

With Sincere Respect,
Vicki Johnson  *Vicki Johnson*
(215) 828-9648

D-9

November 7, 2025

Dear Judge Bartle:

My name is Diane Mosley Harvell. This letter is in reference to the character of my cousin, Willie Jordan. Every since I can remember, Willie has **always** been a responsible individual. My family, the Jordan family is a loving family that comes from a long line of men and women who were devoted to God, family and church. However, since the passing of all of our dear matriach's, it was inevitable to us that "Willie" would fill the shoes of all who have gone before us.

Although he has his own immediate family, he always takes time to care for others. During my younger years, while raising my four children, Willie was very instrumental when he connected me to the right individuals at that time, Janie Blackwell when I was having a housing issue which was promptly resolved because of his care. Additionally, he holds responsibilities as a husband, a father, a brother a friend, a cousin, and most importantly as the Jordan Family Matriach, speaking at family gatherings, and keeping the family together.

I am proud to call Willie Jordan my cousin and I have always looked up to him. He represents so much of who I am and where I come from. He recently lost his mother, our Aunt Gussie. She was the last of the senior matriachs of our Jordan family.

While I do not minimize the gravity of this situation, as a Pastor of the Lord's church, I believe in second chances and in Willie's ability to be restored.

I trust in the justice system's capacity for both accountability and compassion. Therefore, I respectfully ask the court to consider Willie Jordan's lifelong commitment to his family and community as it weighs its decision.

Sincerely,
Pastor Diane Mosley Harvell
The Secret Place Ministries
Nowatw.org
(267) 776-3016

Miguel Chavarria
437 West Winona St
Philadelphia, PA 19144

215-327-4773

fasaction@aol.com

Dear Honorable Judge Bartle:

I am a 30-year retired employee of Philadelphia Gas Works, previously Manager of Disputes. I have known Willie Johnson for over 40 years as a colleague and close friend. We worked together at PGW for 15 years and stayed close afterwards. I attended Willie's wedding. I know his family and he knows mine.

I realize Willie pleaded guilty to financial crimes. I was blindsided upon hearing the news. The Willie I know dedicated his life to helping others without asking for anything in return. I admire the good work he did for family, friends, and community. I want you to know that Willie too.

Willie was always available and ready to give to friends and neighbors. When my girlfriend was struggling with unemployment, Willie helped her obtain benefits. He helped my son, Miguel Jr, obtain a position on the school board. I've seen him connect countless others to legal and civic resources when they were in need. Willie was always a family man, married to his wife, Chris, for over 25 years and dedicated to caring for his kids, grandkids, and aging mother.

As a young PGW employee, Willie faced his alcohol addiction head on, and has remained sober for over 40 years. After he cleaned up, Willie turned a corner -- he joined a church and started working on civic and political campaigns. He became a block captain, held volunteer organizing roles, and eventually became a ward leader. Throughout this time, he would reach out to me when a local resident was in need. Often, these residents were seniors struggling with heat, plumbing, and other household issues. We worked together to make sure people who couldn't afford it, got the help they needed. I was always willing because I admired Willie's dedication.

Willie lived a modest life. For all the great work he did volunteering as block captain, working as a deacon for the church, and helping countless friends and residents of Philadelphia -- Willie never collected a dime. He quietly helped others without seeking attention or asking for anything. He lived in a simple home in Upper Darby and never dressed or acted flashy.

I understand that Willie must be held accountable for the money he took, but his worth to the community is invaluable. Removing him from those he tirelessly served and supported would mean taking a lifeline from our community. This man deserves our grace.

Sincerely,

Miguel J Chavarria Sr

D-14

From: Edward Parker
To: The Honorable Judge Bartle
Date: November 10, 2025
Re: Character Reference for Willie Jordan

My name is Edward Parker. I am a retired vice principal of the School District of Philadelphia and an adjunct math professor at Community College of Philadelphia, as well as a personal friend of Willie Jordan. I have known him and his family for over fifty years. Over the years, Willie has shown to be a caring, kind and devoted person towards others. He is a decent person with a good heart. I have witnessed him grow into a smart, talented and responsible person.

I first met Willie when I worked at the Urban League of Philadelphia as a Child Advocate working with high school students in the city. He was the President of the student government at Overbrook High School. In that position, he represented his school while a member of the Youth Advocacy Council of the Urban League and the Student Union of the School District. While president of "YACUL", I accompanied Willie to the Pennsylvania State Capitol where he made a position statement in front of the state legislators advocating on behalf of Philadelphia high school students and their "Bill of Rights." This experience, I believe, ignited the spark for Willie to be a life-long advocate for the rights of youth and their families.

As a child advocate, I advocated for Willie in gaining admission into the Act 101 program of Textile College where he pursued his higher education after high school. While at Textile, he continued his involvement in student government and never stopped advocating for his peers.

I personally witnessed his personal and professional growth over the years that showcased his talents in his local community and throughout the City of Philadelphia. For example, Willie was instrumental in the creation of the Raising Horizons Quest Charter School in the West Philadelphia neighborhood where I was the Chief Instructional Officer.

In addition, he added valuable input into the creation of the Read2Succeed early childhood literacy program intended to prevent the summer slide. With his help, this program has enabled hundreds of children to improve their reading skills.

Although I have only mentioned two programs that showed Willie's dedication, there are many more. Please feel free to contact me.

Edward Parker   Cell: 215-436-3087 Email: emb43012@aol.com

D-12

November 10, 2025

Dear Honorable Judge Bartle:

I am writing to you on behalf of Mr. Willie Jordan, whom I have had known over 45 years.

I met Willie through my husband Edward Parker. Over the years, I have seen Willie grow into a strong man that loves God, his family, and become a caring man that will help and care for others. I have witnessed Willie step up to help others in difficult times. He is someone that friends, neighbors, and our community members can rely on for help with anything.

I hope you can see the genuine remorse Willie feels about the situation that has brought him before the court. I believe Willie is determined to correct his mistake and continue making a positive impact in our community.

Please take his longstanding reputation for kindness and integrity into account when reviewing his case.

Thank you for your time and consideration.

Respectfully,


Mable Parker
267-259-2790

D -13

Bernard Savage
18 Ridley Avenue
Aldan, PA 19018

To the Honorable Judge Bartle,

I am writing on behalf of Willie Jordan, whom I have known for over forty-five years as both a friend and a neighbor. Our shared history traces back to our upbringing in West Philadelphia, where we lived in the same community and attended the same public schools. Despite the challenging social and economic environment in which we were raised, we managed to grow into independent and productive men—a path not all our peers were fortunate enough to follow.

A significant influence in our lives was the strong foundation provided by our families, which included not only parents but also uncles, aunts, and respected community elders. Although our family base did not possess wealth, power, or significant influence, its focus was always on religion, education, and a strong work ethic. The enduring message was clear: obtain steady employment, dedicate yourself for thirty years, and retire. However, the specific approach to achieving that goal was left to us as individuals.

Willie has consistently followed this guidance throughout his life. He has served as a husband, father, grandfather, community leader, government representative, and board member. In each of these roles, he has demonstrated an ongoing commitment to supporting and informing those around him. Willie is well known for his positive attitude and his willingness to help others; he frequently shares information about job opportunities, training programs, and government resources—spanning local, city, state, and federal levels—to benefit community residents. I can personally attest to the support and assistance I have received from Willie, which has helped me pursue various career opportunities.

While I understand that Willie must now atone for his misdeeds, I respectfully ask that you consider his past actions and accomplishments when rendering judgment regarding his most recent actions.

Sincerely,

Bernard Savage,
Director of Projects & Real Estate

D-14

11/11/25, 8:06 AM                                          Gmail - Willie Jordan

 Gmail                          Samuel Stretton <strettonlaw.samstretton@gmail.com>

**Willie Jordan**
1 message

Antoine Gardiner <gard701@gmail.com>                    Tue, Nov 11, 2025 at 7:57 AM
To: "strettonlaw.samstretton@gmail.com" <strettonlaw.samstretton@gmail.com>

Dear Judge Bartle,

I am writing this letter on behalf of Mr. Willie Jordan.
My name Is Antoine Gardiner and I have known Mr. Willie Jordan since I was 10 years old. I am now 52 years old which
means I known Mr. Willie Jordan for 42 Years.
Although Mr. Willie Jordan is before you and the court,
I beg the court to not define his character and who he is and what he represents base solely on this situation.
Mr. Willie Jordan overall is a stand up character and a Good Person that always try to help others even to a fault.

I ask the court to have mercy on Mr. Willie Jordan.
He is a Good Father, Good Husband, Good Grand Father, Good Friend, Good Road Model, He is a Good Example of a
Good Family Man.
Mr. Willie Jordan help in a sense raise me for the 42 years of my life and has been a Good Road Model to me.
All that I have accomplished in my life I really don't think I would have been able to accomplish if Mr. Willie Jordan was not
in my life.

In ending, again I beg the court to forgive Mr. Willie Jordan and ask the court to DO NOT define Mr. Willie Jordan
Contributions to the Community, His Family and countless others solely on this situation.
And I beg the court to have mercy on Mr. Willie Jordan.

Thanks In Advance Judge for your time.

 Gmail

Samuel Stretton <strettonlaw.samstretton@gmail.com>

---

## Re: TIME SENSITIVE - Support Letter for Willie Jordan

1 message

---

**A. M. LEWIS** <neetpr@gmail.com>                                              Mon, Nov 10, 2025 at 3:47 PM
To: Strettonlaw.Samstretton@gmail.com
Cc: SANDRA DUNGEE <sandradglenn@hotmail.com>

Greetings, Mr. Stretton,
Noted below is a support letter requested from you and dear friend Sandra Glenn, on behalf of Mr. Willie Jordan.

Please let me know if you have any questions or need anything further.

Thank you.
Anita


Anita M. Lewis
7612 Brentwood Rd
Philadelphia, PA 19151
Neetpr@gmail.com
215-820-1078


November 10, 2025

The Honorable Judge Harvey Bartle III
William J. Green Federal Building
600 Arch Street, Courtroom No. 16A
Philadelphia, PA

Dear Judge Bartle,

I am writing this letter on behalf of Mr. Willie Jordan. I have known Willie for over twenty years through our work with State Senator Vincent J. Hughes. During that time, I have come to know him as a dedicated, thoughtful, and deeply respected member of his community.

Willie has always been someone who leads by example. In addition to his professional work, he has served as a community Ward Leader for more than thirty years, representing his neighbors with a genuine commitment to their well-being. He takes the time to listen, makes himself available to answer questions, and offers assistance whenever it is needed. His steady presence and willingness to help and support others including block captains and non-profit leaders, which has earned him the trust and respect of many residents in the 7th senatorial district and the city of Philadelphia.

Mr. Jordan is a man strongly committed to providing for his family and exhibits compassion for others in his community, without hesitation. He has consistently demonstrated his commitment to public service and improving the lives of the people who work with him and depend on him.

I respectfully ask the Court to consider these good and admirable character traits as you make your decision about Mr. Jordan's fate.

Sincerely,
Anita M. Lewis, M.A.

D - 16

On Wed, Nov 5, 2025, 2:58 PM Sandra Dungee Glenn <sandradglenn@hotmail.com> wrote:
  Great. Thank you!

11/10/25, 6:26 PM

 Gmail

**Samuel Stretton <strettonlaw.samstretton@gmail.com>**

## Willie Jordon

1 message

Mon, Nov 10, 2025 at 6:20 PM

**Monika Davis** <monikad40@gmail.com>
To: "strettonlaw.samstretton@gmail.com" <strettonlaw.samstretton@gmail.com>

Good day ,

I have known Mr. Willie Jordan since becoming a committee person in the 44th ward & 6th division . He was the Ward Leader. During that time he has helped me by developing my community leadership skills.

Under his leadership he demonstrated community service to the 44th wards constituents, providing information on resources, political information , troubleshooting for members of the ward who were experiencing problems.

I have watched him hold community RCO meetings providing guidance to the neighborhood members & petitioners of variances from the zoning board to ensure both sides were informed & treated fairly.

He has led many volunteer opportunities distributing important information as well as food when needed.  We have under his leadership conducted get out the vote canvas activities . Meet the candidates for our ward. He has also advocated on the 44ths wards behalf with many third parties that directly affected them.

Personally he has supported me when I entered this realm of public service , so that I would be able to serve my community to the best of my ability and high standard.  Teaching me how to properly take the right steps in assisting  the constituents in my neighborhood.

Yours in service
Monika Davis
Committee Person 44-06
monikad40@gmail.com



November 10, 2025

Dear Judge Bartle,

I am writing on behalf of Mr. Willie Jordan.    I have had the pleasure of knowing and working with Mr. Jordan for over 30 years on several civic and community projects.

During our partnership, Mr. Jordan was instrumental in organizing yearly school backpack collections for school children in North Philadelphia, staging shredding events for senior citizens and hosting voter education and voter mobilization events throughout Philadelphia.

It is my hope that you may strongly consider Mr. Jordan's years of community service, and years of selfless acts, when making your decision.

Thank you in advance for your time and attention to this most important matter.


Sincerely,

# Raymond Jones

Raymond Jones

 Gmail

**Samuel Stretton <strettonlaw.samstretton@gmail.com>**

## (no subject)
1 message

Mon, Nov 10, 2025 at 5:26 PM

**Evelena Broadnax** <evelenabroadnax@gmail.com>
To: "strettonlaw.samstretton@gmail.com" <strettonlaw.samstretton@gmail.com>

To Whom it May Concern : I Evelena Broadnax has known Mr JORDAN for 25 years and find him to be a very nice person and he has been a tremendous help to the community

D-19

11/07/2025

To whom it may concern;

I am writing this letter on behalf
of Mr. Willie Jordan, former Ward Leader
of the 44th ward 7th division of Philadelphia

My name is Tommulee Robinson and I
worked as a Committee Person for and
with Mr. Jordan for 8 yrs.

Mr. Jordan is a compassionate, pleasant
person. I watched him work hard to
always make sure we familiarized ourselves
with the candidates to make sure we
chose the right people to help better
our communities / neighborhoods. He
helped us understand politics where it
all begins.

Mr. Jordan treated everyone with respect.
He reached out to our communities where
so many people are seniors. He would
welcome to meetings, listen to their
concerns, allow them to ask questions
being personable and fair. Please be
lenient in sentencing him.

D-20       D-20    Tommulee P. Robinson

**Joann Manuel**
**5220 Pennsgrove Street**
**Philadelphia, PA  19131**


November 6, 2025


The Honorable Harvey Bartle, III
Wiliam J. Green Federal Building
600 Arch Street, Courtroom, 16A
Philadelphia, PA  19106

Dear Judge Bartle:

I have known Willie Jordan for over twenty years.  I was a Committee Person in the 44th Ward where Willie was the Ward Leader.  I am now a Judge of Elections in that same Ward.

I have watched him at every election getting everyone involved to get out the vote; from handing out t-shirts or passing out petitions, he was on the move.  Although elections are held twice a year, Willie was busy getting ready for the next campaign as soon as one election was over.

We also encountered each other on the golf course.  I'm a consultant for an organization that gives scholarships to students towards college tuition and expenses.  For the past five tournaments, Willie has participated with a foursome.

Willie has always been available to us in the community.  His dedication was inspiring, and he embodies the spirit of service.

I know he has a tough road ahead and I pray for his strength to get him through it all.

Sincerely,

Joann Manuel

D-21

Gmail - Willie Jordan Character Letter

11/10/25, 2:30 PM

 Gmail

Samuel Stretton <strettonlaw.samstretton@gmail.com>

**Willie Jordan Character Letter**
1 message

Mon, Nov 10, 2025 at 1:02 PM

**Wayne Johns** <wayneajohns@gmail.com>
To: "strettonlaw.samstretton@gmail.com" <strettonlaw.samstretton@gmail.com>

Nov. 10, 2025

Hon. Harvey Bartle, III
William J. Green Federal Building
600 Arch Street, Ct. Rm. 16A
Philadelphila, PA 19106

Hon. Harvey Bartle, III,

I am writing this letter on behalf of Willie Jordan because I know him to be a good man that made a bad decision.
I have known Mr. Jordan for over 25 years. I met him in his capacity as ward leader of the 44th Ward. He sponsored a
League of Hope Basketball Team in my old neighborhood and asked me to participate in its operation. The focus was to
remove the children from the streets to engage them in structural team play. The program was a huge success.
Over the years he has held and helped me organize coat and school supply drives, as well as, obtain a washer and dryer
for students at the James Rhoads Elementary School .
Mr . Jordan has been instrumental in seeing that under served families in the 44th Ward had Thanksgiving Dinners and
Christmas toys for the children.
On a more personal level, I have come to know Mr.Jordan as a deeply devoted Christian and family man.
Mr. Jordan is an individual that could be called upon at anytime to assist the needs of members of the community.
The situation that he finds himself in does not define him, which is why I ask this honorable court to exercise leniency in
its sentencing of Mr. Jordan.

Respectfully submit,

Deacon, Wayne A. Johns
Sharon Baptist Church
3955 Conshohocken Ave.
Philadelphila, PA 19131

Sent from my iPhone

10-22

November 9, 2025

Dear Judge Bartle,

I am writing to express my support for Mr. Willie Jordan, who is before you for sentencing.

I have known Mr. Jordan for over 25 years to be a person I could call for guidance and direction. Over the 25 plus years, I have come to know him to be pleasant, respectful, and kind when I called, and when I see him in person, he would greet with a smile and hug. I know him to be committed, disciplined, centered, grounded, and attentive in doing his work to help people. He has always displayed wisdom and maturity since day one.

While I understand the seriousness of the situation and the mistakes that have brought Mr. Jordan before the court, I also know these actions do not reflect the person I have known for many years. I truly believe that Mr. Jordan has learned from this experience.

Below are a couple of examples that illustrate Mr. Jordan's acts of service and kindness over the years I have known him.

When I was running for State Representative in Montgomery County, Mr. Jordan would always respond to my calls and give me words of encouragement when I began questioning my abilities to navigate the process. He never showed negativity or impatience.

Another time was when I was displaced from my job. Mr. Jordan was incredibly supportive and resourceful, sharing job leads and motivating me to keep applying, following up, and to be patient.

I respectfully ask that you consider Mr. Jordan's genuine character, and contributions to the community when determining an appropriate sentence. I believe he has the capacity to continue being a positive, productive member of society and to learn and grow from this experience.

Thank you for taking the time to read my letter.

With respect and gratitude,


Antoinette R. Johnson



D-23

November 10, 2025

Rosalie Harrison
5217 Arch Street
Philadelphia, PA 19139

Recommendation – Mr. Willie Jordan

Dear Judge Bartle,

I am writing this letter on behalf of Mr. Willie Jordan.  As I have known Mr. Jordan over forty years.  With that said, not only do I know him as a Ward Leader, but he has become a personal friend.  Mr. Jordan has always been a man of high integrity, compassion and character.

Mr. Jordan has been a liaison in the community and has assisted many constituents in the 44th Ward:

- Assisted homeowners with personal property issues such as roofing, plumbing, and real estate tax challenges by directing them to city services programs with funding support.

- Worked tirelessly to support senior citizens in the community with health care, prescription drug issues, ridership, etc. to seek out financial aid programs such as PACE, etc.

- Provided constituents that were faced with food insecurities, housing and/or rental issues etc. information and were directed to seek city service programs for assistance.

- Supported school fund raising program initiatives within the community.

I respectfully ask the Court to consider Mr. Jordan's good character as you make your decision.

Sincerely,

# Rosalie Harrison

Rosalie Harrison

RH/ncv

D-24

November 10, 2025

Wilhelmina Moore

1326 North 57th St

Philadelphia, PA 19131

To Whom it May Concern

I am writing to provide a character reference for Willie Jordon, whom I have had the pleasure of knowing both personally and professionally for over 40 years. During that time, I have come to appreciate his various admirable qualities, which make him not only a valuable colleague but also an outstanding individual.

Professionally, Willie has consistently demonstrated a high level of competence and dedication in his work for the Philadelphia Community. As an employee for a Pennsylvania State Senator, he was always the person constituents gravitated to for help in resolving their problems. He always made you feel that he understood their struggle with patience and a listening ear. He had an impressive commitment to excellence for helping and solving problems for constituents in our community. There were times that I observed when he was not asked to do something and witnessed him taking the initiative on without any assistance.

On a personal level, I have been fortunate to witness Willie's outstanding character. He is someone who is not only reliable and trustworthy but also compassionate and considerate. I have gone on vacation to return and find out that he stopped by daily to visit with my 89-year-old grandmother to make sure she was ok every day while I was gone. His ability to empathize with others and connect on a personal level makes him a pleasure to be around. He made sure the SENIORS in the community were included and never forgotten. I have seen him go out of their way to support friends and colleagues during challenging times, which speaks volumes about his character.

In addition, Willie has earned the respect of his peers, friends, neighbors, and family. He is a family man who is dedicated to his wife, children, and grandchildren.

Should you require any further information, please do not hesitate to contact me.

Thank you for considering this reference.


Sincerely,


Wilhelmina Moore

Dear Judge Bartle,

I am writing this letter on behalf of Mr. Willie Jordan. My name is Marcella Daniels, and I have known Willie since our days as students at Overbrook High School, Class of 1975. I also had the privilege of working alongside Willie for more than 30 years in Philadelphia and statewide community initiatives. During my career, I served as Chief of Staff for State Senator Vincent Hughes, where I witnessed firsthand Willie's unwavering dedication to serving others and strengthening communities across Pennsylvania.

Willie is a man of integrity, compassion, and humility. His work in and beyond Philadelphia has always reflected his deep belief in helping people rise above challenges and realize their potential. Whether organizing community events, mentoring young men, or supporting families in need, Willie has consistently led with empathy and commitment, often behind the scenes and without seeking recognition.

On a personal level, Willie has been a tremendous source of strength and care in my own life. During some of my most difficult moments, the passing of both my parents and the sudden death of my son, Willie was there for me without hesitation. His kindness, presence, and unwavering support brought comfort and stability when I needed it most. I have also seen him extend that same compassion to countless others, showing up not only during joyful occasions but also during the most painful and uncertain times in people's lives.

Willie's character is defined by service, integrity, and heart. He is deeply respected among those who have worked with him and those who have benefited from his kindness.

I respectfully ask the Court to consider Mr. Jordan's long-standing record of service, his dedication to community, and his good character as you make your decision.

Sincerely,
Marcella Daniels

D-26

 Gmail

Samuel Stretton <strettonlaw.samstretton@gmail.com>

---

## Character Witness for Willie Jordan
1 message

---

**ALTHEA COTTMAN** <altheacottman@comcast.net>　　　　　　　　　　　Wed, Nov 5, 2025 at 6:03 PM
To: "Strettonlaw.Samstretton@gmail.com" <Strettonlaw.Samstretton@gmail.com>

My family has lived in this community and known Willie Jordan for many years. He has always been available to help us with community and neighborhood questions. Always took time to help as many people as possible by returning calls or stopping by to help if needed. We are sorry for these unfortunate incidents that have surrounded him; however, we all make mistakes in life. We hope the Judge will consider all the goodness he has done in our community and apply as much leniency as possible.

Sincerely,
The Cottman Family

D-27

11/4/25, 8:34 PM                                    Gmail - Letter in support of Willie Jordan

 Gmail                          **Samuel Stretton <strettonlaw.samstretton@gmail.com>**

---

## Letter in support of Willie Jordan
1 message

---

**Ben Bowens** <benbowens13@gmail.com>                          Tue, Nov 4, 2025 at 8:05 PM
To: Strettonlaw.Samstretton@gmail.com

Dear Judge Bartle,

I am writing this letter on behalf of Willie Jordan.

I first met Willie Jordan in 2018 while working for Sen. Vincent Hughes. In my role as the senator's communications director in the district office I relied on Mr. Jordan as a trusted resource. He was one of the most affable and congenial colleagues I had in that office. Since this was my first foray into state politics and I wasn't familiar with the district, he was very quick to help point me in the right direction or offer introductions to the regions important constituents. Around the office, he often helped our staff stay on track with upcoming events and provided valuable historic context for the senator's positions and motives. I've never known Mr. Jordan to be anything other than an upstanding citizen and helpful friend. Therefore, I respectfully ask the court to consider his good character as you make a decision regarding this matter.

Sincerely,

Ben Bowens

D-28

 **Gmail**                                    **Samuel Stretton <strettonlaw.samstretton@gmail.com>**

## Character Reference Letter: Willie Jordan
1 message

**Blondell Reynolds Brown** <brbwin2015@gmail.com>                          Wed, Nov 5, 2025 at 2:11 PM
To: Strettonlaw.Samstretton@gmail.com

Good Day,

Your Honor,

Please accept this character reference letter of support on behalf of Willie Jordan, a friend, a citizen, a block captain, an advocate for the undeserved, and an advocate for the disfranchise during the entire time I have known him since I met him in my late 20s. That was 40 plus years ago.

Here is what I know for sure. If I was in a dispute with another party that did not represent the better interests of the neighborhood or community and  I needed another party to help me make the difference,  my friend, Willie Jordan was one "FRIEND" I could always count on: to  be my advocate and cheerleader on my team. Through comfortable and uncomfortable experiences Willie always showed up to help advance the mission for good, without excuses.

Willie was always unapologetic about taking a stance for neighbors and  community members whom he felt were being disenfranchised or mistreated. His voice was consistently,  respectfully loud and clear.

In my capacity as City Councilwoman at Large, I watched and witnessed Willie's commitment to service  as  an employee of the Philadelphia Gas Company (PGW). He was always ready and willing to help citizens, most notably seniors who needed guidance in competing the process to have heat in their homes. Willie has a heart of gold and compassion for seniors and citizens who have fallen on tough times. His devotion to this population has NEVER changed.  I repeat. I am proud to call him, my friend; a longtime friend of forty plus years.

I know what it feels like to have one's career compromised. I know more what it means to have friends who "show up" during the tough times. Moreover, I know what it feels like when those you count on do not show up. Willie was never in that last group.

I respectfully ask that you will strongly consider my observations in this character reference letter for my good friend, Willie Jordan as a part of your proceedings. I hope that you will take into account his remorsefulness as well. My professional career has taught me that one blemish should never  define one's character, your career or your life. With any misstep or mistake, we all can be given the chance of redemption.

Thank you for taking and using your valuable time to read my letter of support on behalf of Willie Jordan.

Respectfully submitted,
Blondell Reynolds-Brown
Former Council woman at large
City Of Philadelphia


Sent from my iPhone

The mission continues!


D-29

Senator Vincent Hughes

2639 Lenape Road

Philadelphia, PA 19131

Vincenthughes7@gmail.com

(215)806-1723


November 10, 2025


Re: Character Reference for Mr. Willie Jordan


Dear Honorable Judge Bartle,

I am writing on behalf of Mr. Willie Jordan, whom I have had the privilege of knowing both PERSONALLY AND PROFESSIONALLY since 1982, a period of more than forty-three years.

Please be clear that I raise no question with the Court's decision on Mr. Jordan's legal issues. In no way do I condone his behavior that has been adjudicated by this court.

Personally, Mr. Jordan has been a trusted friend, counseling me through personal ups and downs, and celebrating with me as my children grew into adulthood, and had children of their own. We both watched each other's children grow and accomplish, as well as overcome life's challenges. we laughed with each other when their lives went well. We consoled each other when things did not go as planned.

During his tenure in my office, which began in 1994, Mr. Jordan served as an exemplary employee and an outstanding representative of our team's values. He consistently set the standard for professionalism, compassion, and respect in every interaction. Mr. Jordan believed deeply that all individuals seeking our assistance should be treated with dignity and given access to our services based on their humanity rather than their position or circumstance.

Mr. Jordan regularly went beyond the expectations of his role, both during and outside of regular working hours, to aid those in need. Whether addressing housing concerns or helping individuals obtain mental health resources, he could always be relied upon to offer direct support or connect others with appropriate services.

Mr. Jordan's dedication to service was unwavering. When new employees joined our office, he often reminded them by his thoughts and actions that our commitment to the community extended beyond standard work hours, Mr. Jordan served as the clearest example of that standard. He was available, dependable, and always committed to the mission of our work.

D-30

Mr. Jordan's leadership and work ethic were especially evident during the COVID-19 crisis. He played a pivotal role in coordinating food distribution efforts and was instrumental in the planning and implementation of community outreach initiatives focused on COVID education, testing, and vaccination. His tireless efforts helped ensure that thousands of individuals received vital support during an unprecedented time, and he continually motivated our team to extend our reach and do more for those in need.

I respectfully ask that the Court take into consideration Mr. Jordan's decades of public service, and proven commitment to his community as you make your sentencing determination.

Sincerely,

Vincent Hughes

Senator Vincent Hughes